**Order entered May 11, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00043-CV

## IN THE INTEREST OF R.B., A CHILD

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-30016-2019**

## ORDER

Before the Court is the State's May 7, 2021 first motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than June 10, 2021. Because this is an accelerated appeal in a parental termination case, we caution that further extension requests will be disfavored.

/s/    KEN MOLBERG
        JUSTICE